# EXHIBIT A

TO: PORTFOLIO RECOVERY
120 CORPORATE BLVD STE 100
NORFOLK, VA 23502

Attn: Unknown

Date: 03/25/2021

**VIA: Certified Mail # 7019 1640 0000 6937 2045**

Re: #5178058471615966 in the amount of $ 684.00, originally dated 01/28/2019. You are hereby in receipt of notice under the authority of the Fair Debt Collections Practices Act regarding your above referenced file number that part, or all, of the alleged debt is DISPUTED and hereby demand validation and verification, in writing, as follows:

1) An authentic signed contract between you and PORTFOLIO RECOVERY showing proof that you and that person and you are now or were at one time in business together and other supporting documentation that gave rise to the alleged obligation PORTFOLIO RECOVERY is claiming owed.

2) An authentic invoice for goods and/or services you provided.

3) Statement, under penalty of perjury that:

a. You are the bonafide party in interest of the contract and will produce said authentic signed contract (#1 above) for my own and a judge's inspection should there be a trial to contest these matters.
b. The name and address of all persons, corporations, associations, legal firms or any other parties and entities having an interest in the collection or legal proceedings regarding the alleged debt.
c. As a debt collector you have not purchased evidence of debt and are proceeding with this collection activity solely in the name of the original contracting party.
d. You know and understand that certain clauses in a contract of adhesion are unenforceable unless the party to whom the contract is extended could have selectively rejected the clause.
e. You will provide written verification from the stated creditor that you are authorized to act on their behalf in this debt collection action.
f. You have taken reasonable and prudent diligence to verify that the amount claimed owed is in fact a legitimate debt prior to instigating this action and making said claims, and that all relevant correspondence has been reviewed prior to initiating this claim.
g. You will prove that you are the original creditor, if in fact you claim to be, and that the United States, Federal Reserve nor any other entity besides your organization originated these funds.

3) Production of the account and general ledger statement showing the full accounting of the alleged obligation you are attempting to collect from me, signed and sworn by the person responsible for maintaining these records and having first-hand knowledge as to their accuracy and authenticity, and able to testify under oath to that effect.
4) Under the Truth in Lending Act pursuant to *15 USC §§ 1601-1667j* (full disclosure), I have a right to know who the true party of interest in this transaction is. As such, I am asking you to stipulate whether you are the holder in due course for my promissory note. If you are not the holder, then you admit to being the servicer of this obligation.
5) Please also stipulate for the record whether or not my loan has been securitized, and if so, the name of the REMIC/Trust my loan is bundled with.
6) If my loan has been securitized, then please provide me the pooling and servicing agreement that names my loan as well as any documentation that explicitly gives you the right to service my loan as well as enforce the promissory note in the event of a foreclosure. If you are hiding these facts from my despite my request, then you are hereby notified that you are committing fraud and shall be named in a wrongful foreclosure civil action.
7) Pursuant of U.C.C. - ARTICLE 3 -§3-501 (b) 2 (1), I am entitled to demand presentation of the negotiable instrument. That demand is hereby ordered. I demand that you present for my visual inspection MY ORIGINAL WET INK SIGNATURE PROMISSORY NOTE This is required to establish your right of enforcement as Holder in Due Course via a chain of assignment as evidenced by the Note. Claiming to be the "the holder in due course" as a statement is insufficient proof of status and is/will be rejected. A photocopy of the documents is insufficient proof as it does not answer the question of who CURRENTLY is the rightful and lawful holder in Due Course.
If you are unable to provide this proof as I have requested within 30 days, then you admit to not being a party of interest and cannot rightfully enforce your claim under U.C.C . - ARTICLE 3 § 3-301. If you are unable to provide this proof as I have requested within 30 days, then you admit to not being a party of interest and cannot rightfully enforce your claim under U.C.C. – ARTICLE 3 § 3-301.
9) Under US Code TITLE 15 > CHAPTER 41 > SUBCHAPTER V > § 1692g part b), this debt is now officially in dispute. By law, all collection activities must cease until this matter is resolved. You are hereby given notice. Blatant disregard for this law is subject to fines by the FTC. You are advised to consult legal counsel on this matter.
10) I am giving you formal notice that failure to respond to this letter through a verified and validated proof of claim within 30 days as I have asked for, point for point will be taken as an administrative default .
Please be advised . A COPY of the said Note nor an Affidavit of Loss or any other forms will not be acceptable.
Please provide me the following:
1. A statement admitting whether you are the holder in due course or whether you are a servicer.
2. A statement admitting whether you have sold my note in a pooling and

servicing agreement. This is also known as securitization.
3. The identity of the true holder in due course for my loan. If the loan has been securitized, the name of the REMIC my loan was sold to.
4. The CUSIP number under which my loan was securitized to.
5. Make available for visual inspection my original wet ink promissory note (not a photocopy).

Please contact me in writing to arrange for an appropriate point of inspection. This is my good faith attempt to resolve this matter before I am forced to litigate against your company. I am pleading with you to resolve this matter privately and civilly as to avoid burdening our courts with this matter. If I have to, I will see you in court.

Contacting me again after receipt of this notice without providing procedurally proper validation of the alleged debt constitutes a scheme of fraud by advancing a writing that you know or should know is false, with the intention that the courts and/or others rely on the written communication to impair or damage my credit rating, my reputation, my standing in the community as well as intentionally inflicting financial and emotional harm upon me. I take this notice, and my rights, very seriously and expect PORTFOLIO RECOVERY to do the same.

In the event that this debt is not validated by you, as required by the Fair Debt Collections Practices Act, you have a legal responsibility to terminate the claim and correct any negative credit reporting which may have been made in connection with this alleged debt. You may want to obtain a legal opinion on this, but I believe that would constitute a scheme of fraud if this debt were to be resold; assuming that PORTFOLIO RECOVERY has in fact purchased evidence of debt in this matter.

I also will not respond to any future correspondence that is not signed or does not indicate who at your firm has sent the demand for payment.

I expect timely responses to the above confirmations and that they be made in writing and sent via certified mail to the address listed below. Alternately, a letter from your firm that the matter has been satisfied and a copy of the letter you sent to all 3 credit reporting agencies asking them that any adverse credit reporting relating to this transaction to be expunged by these three major credit reporting agencies immediately.

Failure to provide these items shall mean your admission that you have no claim, your agreement not to report negatively to the credit bureaus, and your agreement never to contact me or the person named in your correspondence again. Included please find a Notice and Demand for Payment in case you are not able to validate the debt your assets will be given a Notice of Lien in the amount and at the interest rate of your invalidated alleged and now illegally collected debt.

My contact information is as follows:

Brian Weese
2491 Hunting Creek Rd.
Huntingtown, MD 20639

# Notice and Demand for Payment

Brian Weese
2491 hunting Creek Rd.
Huntingtown, MD 20639

PORTFOLIO RECOVERY
120 COPORATE BLVD STE 100
NORFOLK, VA 235502

Date: 03/25/2021

**VIA: Certified Mail # 7019 1640 0000 6937 2045**

Notice to Agent is notice to principle. Notice to principle is notice to agent. This Notice and Demand for Payment is to recoup the exact value of the illegally collected debt in the amount of $4,000.00, interest rate is set at 6% **(SAME % AS ILLEGALLY COLLECTED DEBT),** as of the date of this notice currently on BRIAN WEESE Social Security #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 personal credit reports. A Notice of Lien will be placed against the property of the corporations and persons involved with the illegal collection of this debt. 30 days from receipt of this notice will be allowed for cure. Prior settlement offers are null and void.

It is accepted that PORTFOLIO RECOVERY, by not validating the alleged debt, are the illegal collectors of this debt and that their assets and the assets of the employees, owners and partners of corporations are severally, individually and personally liable for this amount in this Notice and Demand for Payment. Though validation of the debt was attempted through mail, no validation occurred and the debt is now being collected illegally.
This injury and harm to the person will be offset in the exact amount illegally collected as compensatory damages. To get a Satisfaction of Lien and dismissal of current and future court actions, simply mark the credit reports of the Brian Weese person as paid in full and on time.

Revelation **9:11** (KJV)
11 And they had a king over them, which is the angel of the bottomless pit, whose name in the Hebrew tongue is Abaddon, but in the Greek tongue hath his name Apollyon.

Psalm 23:4 (KJV)
4 Yea, though I walk through the valley of the shadow of death, I will fear no evil: for thou art with me; thy rod and thy staff they comfort me.

By: Brian Weese

# MARYLAND NOTARY ACKNOWLEDGEMENT (INDIVIDUAL)

State of Maryland
County of Calvert (or City of Baltimore), to wit:

On this 25 day of March, 2021, before me, the undersigned officer, personally appeared Brian Weese [name of person(s) who make acknowledgement), known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purpose therein contained.

In witness whereof, I hereunto set my hand and official seal.

[Notary Seal]

GAIL L. HATFIELD
MY COMMISSION EXPIRES
NOTARY PUBLIC
FEBRUARY 14, 2022
CALVERT COUNTY, MD

Gail L. Hatfield
[Signature of Notary Public]
Gail L. Hatfield
[Printed Name of Notary Public]
Notary Public
My Commission Expires: 2/14/22

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PORTFOLIO RECOVERY
120 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

9590 9402 5839 0038 0349 20

2. Article Number (*Transfer from service label*)

7019 1640 0000 6937 2045

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Norfolk, VA 23502

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.60 |
| | $2.85 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.75 |
| Total Postage and Fees | $7.20 |

0639
19

Postmark Here

03/25/2021

Sent To: Portfolio

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7019 1640 0000 6937 2045

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| BRIAN WEESE,<br>Plaintiff,<br>v.<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO. 8:21-cv-01684-GJH |

**Amended Complaint**

Plaintiff Brian Weese, on 03/30/2021 and 04/01/2021.

PORTFOLIO RECOCERY ASSOCIATES, LLC, Defendant. On the dates stated above is the Response that they mailed to Brian Weese, Plaintiff, based on the information gathered from the letter sent as:

**VIA: Certified Mail # 7019 1640 0000 6937 2045**

DEPT 922
PO BOX 4115
CONCORD CA 94524

Portfolio Recovery Associates, LLC

04/01/2021

**Account Number:** 5178058471615966
**Reference Number:** 1848909
D4

CHANGE SERVICE REQUESTED

BRIAN WEESE
2491 HUNTING CREEK RD
HUNTINGTOWN MD 20639-9108

Dear BRIAN WEESE,

The following information is being provided in response to your recent communication concerning the account referenced above. Account Number 5178058471615966 and its proceeds were sold, assigned and transferred by the Seller to PRA, LLC on 01/28/2019. At the time of the sale, the Seller provided an electronic file of its business records containing information concerning the account; a summary of which can be found below. Please contact us if you would like to receive a payment history of payments that have posted to this account since our company purchased this account.

Sincerely, Disputes Department
Telephone: 1-800-772-1413

**Account Details**

**Account Number:** 5178058471615966
**Seller:** CAPITAL ONE BANK (USA) N.A.
**Original Creditor:** CAPITAL ONE BANK (USA) N.A.
**Current Creditor:** PORTFOLIO RECOVERY ASSOCIATES, LLC
**Balance:** $683.88

**Contact Us**

**Online:** www.portfoliorecovery.com


**By Phone:** Call 1-800-772-1413


**By Mail:**
PORTFOLIO RECOVERY ASSOCIATES, LLC
120 Corporate Boulevard, Norfolk VA 23502

Here is a summary of additional information listed in the electronic file for this account:

Account holder's Name Provided By Seller: BRIAN WEESE
Account holder's Last 4 Digits of SSN: 9008
Date Account Opened Provided by Seller: 11/03/2015

**This communication is from a debt collector but is not an attempt to collect a debt.**

**Notice:** See Reverse Side for Important Information




03/30/2021

Dear BRIAN WEESE,

We know life happens.
Every day Portfolio Recovery Associates, LLC works with people to resolve their debt. We would love to do the same for **YOU**.

Pay online at PRApay.com.
Access your account from your computer or mobile device. This website will help you understand the process, your options, and—most importantly— how we're committed to working together to resolve your debt. Or call us, we are standing by ready to help.

Sincerely,
PORTFOLIO RECOVERY ASSOCIATES, LLC

## Account Details

**Account Number:** 5178058471615966
**Seller:** CAPITAL ONE BANK (USA) N.A.
**Original Creditor:** CAPITAL ONE BANK (USA) N.A.
**Creditor to Whom Debt is Owed:** PORTFOLIO RECOVERY ASSOCIATES, LLC
**Balance:** $683.88

## Contact Us

**Paying your bill is easy with any of these options:**


www.PRApay.com


1-800-772-1413


**Pay by mail** - checks and payments to:
PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914
Norfolk VA 23541

## Account Offers

| 1 Month* | 3 Month* | 6 Month* |
|---|---|---|
| Savings Plan<br>Pay $410.33 for 1 consecutive month(s) and **SAVE $273.55** | Savings Plan<br>Pay $148.17 for 3 consecutive months and **SAVE $239.37** | Savings Plan<br>Pay $79.79 for 6 consecutive months and **SAVE $205.14** |





The savings will be applied to the balance and your account will be considered paid-in-full for less than the full balance after your final payment is successfully posted. Within approximately 30 days of your final payment successfully posting, we will request that the three major credit reporting agencies delete our tradeline related to your account from your credit bureau report.
*We are not obligated to renew this offer.
**Your first payment must be received by: 05/03/2021**

The law limits how long you can be sued on a debt. Because of the age of your debt, we will not sue you for it. Depending on the laws of your state, certain actions, such as making a payment or promising to pay the debt, may restart the time period for the filing of a lawsuit against you; but even if that were the case, we still will not sue you on this debt.

**This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.**

**Notice:** See Reverse Side for Important Information

51C2

DEPT 922

Account Number: 5178058471615966

process, your options, and most importantly—how we're committed to working together to resolve your debt. Or call us, we are standing by ready to help.

Sincerely,
PORTFOLIO RECOVERY ASSOCIATES, LLC

**Pay by mail** - checks and payments to:
PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914
Norfolk VA 23541



**Account Offers**




**Savings Plan**
Pay $410.33 for 1 consecutive month(s) and **SAVE $273.55**




**Savings Plan**
Pay $148.17 for 3 consecutive months and **SAVE $239.37**




**Savings Plan**
Pay $79.79 for 6 consecutive months and **SAVE $205.14**

The savings will be applied to the balance and your account will be considered paid-in-full for less than the full balance after your final payment is successfully posted. Within approximately 30 days of your final payment successfully posting, we will request that the three major credit reporting agencies delete our tradeline related to your account from your credit bureau report.

***We are not obligated to renew this offer.**

**Your first payment must be received by: 05/03/2021**

The law limits how long you can be sued on a debt. Because of the age of your debt, we will not sue you for it. Depending on the laws of your state, certain actions, such as making a payment or promising to pay the debt, may restart the time period for the filing of a lawsuit against you; but even if that were the case, we still will not sue you on this debt.

**This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.**

**Notice:** See Reverse Side for Important Information

5102

DEPT 922
PO BOX 4115
CONCORD CA 94524

Account Number: 5178058471615966

Payment Amount: ______________

CHANGE SERVICE REQUESTED

BRIAN WEESE
2491 HUNTING CREEK RD
HUNTINGTOWN MD 20639-9108

Pay Online at www.PRApay.com
or mail to:

PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914
Norfolk VA 23541

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| BRIAN WEESE,<br>Plaintiff,<br>v.<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO. 8:21-cv-01684-GJH |

## Amended Complaint

Plaintiff Brian Weese, on 04/07/2021.

**VIA: Certified Mail # 7019 1640 0000 6937 2076**

I sent PORTFOLIO RECOCERY ASSOCIATES, LLC, Defendant. A letter due to the response that came from the 1st Letter that was sent as Follow:

**VIA: Certified Mail # 7019 1640 0000 6937 2045**

This letter is a follow up letter to the validation request letter previously sent to you via certified mail.

RE: Brian Weese
2491 Hunting Creek Rd
Huntingtown, MD 20639

TO: PORTFOLIO RECOVERY
120 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

Date: 04/07/2021

**VIA: Certified Mail # 7019 1640 0000 6937 2076**

Re: ACCOUNT #5178058471615966 in the amount of $684.00, originally dated 01/28/2019.

This letter is a follow up letter to the validation request letter previously sent to you via certified mail.
This letter is being sent to you in response to a listing on my credit reports. This notice is sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g Sec. 809 (b), that your claim is disputed, that you were required to provide validation, and that you are now in violation of Federal and State law because you did not provide proper validation within the required time frame.
My previous letter to PORTFOLIO RECOVERY. (hereinafter "Collector") stated that I was disputing the above account and requesting that Collector provide legal validation of the alleged debt. I did not request "verification" or proof of my mailing address, but a request for validation made pursuant to the above named Title and Section. The FDCPA states you must cease collection activity until you have produced validation of the alleged debt, if so requested. As per the Federal Trade Commission, this includes reporting to the credit bureaus, which Collector obviously has done illegally.

By law, Collector must validate the debt and must cease collection activity during the period Collector is validating the alleged debt. At the end of 30 days, PORTFOLIO RECOVERY must have either provided the required validation or permanently cease collection activity. Additionally, Collector is required by law to notify credit reporting agencies that the account is in dispute.

At this time I will also inform you that if Collector has reported invalidated information to any of the 3 major Credit Bureaus (Equifax, Experian or TransUnion) this action may constitute fraud under both Federal and State Laws. Due to this fact, if any negative mark is found on any of my credit reports by

PORTFOLIO RECOVERY or the client that you represent, I will not hesitate in bringing legal action against you and your client for the following, at a minimum:

1) Violation of the Fair Debt Collection Practices Act
2) Defamation of Character

Collector is surely aware of the consequences in violating the Fair Debt Collection Practices Act as well as the multiple violations for which Collector is now responsible. If not, let me point them out for you:

1. FDCPA § 805. Communication in connection with debt collection [15USC1692c] (c) Ceasing Communication
2. FDCPA § 809. Validation of debts [15 USC 1692g]
3. FDCPA § 813. Civil liability [15 USC 1692k] (a) Except as otherwise provided by this section, any debt collector who fails to comply with any provision of this title with respect to any person is liable to such person in an amount equal to the sum of: (1) any actual damage sustained by such person as a result of such failure; (2) (A) in the case of any action by an individual, such additional damages as the court may allow, but not exceeding $1,000.

There are local and state laws also that have been violated and you will be held accountable for those violations as well if you do not remove these derogatory tradelines from the 3 credit reporting agencies.

Be advised I have written reports from the major credit reporting agencies that show Collector verified the above account with them during the period in which Collector knew the account was in dispute, and that I had requested validation; and that Collector did not report the account to the agencies as being in dispute.

Collector failed to validate the debt and must now, in accordance with the Fair Debt Collection Practices Act, permanently cease all collection activity related to the above-referenced account.

I am in communication with the three major credit reporting agencies and have copies of my consumer credit files. Collector has not indicated to the credit reporting agencies that this account is in dispute. That is, as I pointed out above, a violation of the FDCPA.

Your failure to respond, on a point-by-point basis, in writing, hand signed, and in a timely manner, has worked as a waiver to any and all of your claims in this matter, and entitles me to presume that you reported these accounts incorrectly to the credit reporting agencies, and under the doctrine of estoppel by silence, I may presume that no proof of the alleged debt, nor therefore any such debt, in fact exists.

I demand that Collector delete any and all information it has reported to Equifax, Experian, TransUnion or any other credit reporting agency within five (5) days of Collector's receipt of this notice; and that I be provided with documentation to show same. To reiterate, all references to this account must be deleted and completely removed from my consumer credit files and a copy of such deletion requests shall be sent to me immediately.

According to the Federal Trade Commission, in the present circumstance, a

collection agency: "...must delete the information from credit bureau files within five days." Original creditors are also treated as debt collection agencies under the FDCPA according to CFPB, Consumer Financial Protection Bureau, which oversees the administration of the FDCPA, when they stated that in regard to Title X of the Dodd-Frank Act (the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010) and the FDCPA that "The FDCPA and the Dodd-Frank Act together prohibit covered persons or service providers, including debt collectors, from engaging in deception while collecting or attempting to collect on consumer debts." Notice this says service providers, which also makes the rest of these laws relate to original creditors and to those servicing the debts and therefore the collection of those debts. In short, the FDCPA does pertain to original creditors.

If Collector fails to comply with applicable requirements of the Fair Debt Collection Practices Act, litigation shall likely ensue. I have documentation for at least eight--and possibly more--blatant violations of federal law, each of which may incur a $1,000 penalty; and, several likely violations of applicable state and local laws as well. Cure the problem or face the likelihood of explaining these violations to a judge.

Additionally, should Collector fail to cure the violations within the stated period, formal complaints will be filed with the Federal Trade Commission; the American Collectors Association International; the United States Postal Inspection Service Mail Fraud Division; and the Better Business Bureau, State Insurance Commissioner, Better Business Bureau, Secret Service (for counterfeiting), Treasury Department, and others if need be.

Collector may wish to check on the Statute of Limitations for this type of debt. While I prefer not to litigate, if Collector fails to delete the information from the credit reporting agencies within five (5) days of receipt of this certified letter, I will find it necessary to sue Collector for damages and declaratory relief under the Fair Debt Collection Act. Because the Fair Credit Reporting Act provides concurrent jurisdiction in federal and state courts.

If litigation against Collector is necessary, it will also involve Collector's client if it is a different party than yourself since they are liable and responsible for Collector's actions.

You did not answer my requests point by point as required by law. I had requested that you provided proof of claim. A copy of the security instrument is not a sufficient proof of claim as per U.C.C. - ARTICLE 3 -§3-501 (b) 2 (1). Under this code, I am entitled to have the instrument presented to me as you are required to upkeep the legal document entrusted to you.

Under USC Title 18 Chapter 25, you are engaging in counterfeiting and such behavior is a felony. Providing a photocopy of a security instrument is not only unconscionable but is illegal. I had asked for the visual inspection of the original promissory note, not a copy.

You did not provide any proof to sufficiently satisfying your claim under U.C.C. - ARTICLE 3 -§3-302 that you are a note holder in due course.

You did not stipulate whether or not you were the holder in due course.

You did not stipulate whether this loan was securitized as required by law.

Therefore, you admit to the following:

**1) You admit that you are a servicer of the promissory note.**
**2) You admit that the loan has been securitized.**
**3) You admit that you are not a real party of interest in this controversy.**
**4) You admit that you are a debt collector that is not the original creditor.**

Under the Federal Rules of Civil Procedure Rule 36, you are advised to notify me within 14 days should you wish to contest any of the above allegations with specific proof. Failure to do so means that you fully admit to all allegations as truth. These admissions will be used as evidence against you in any future controversy involving this matter.

Cease and Desist: I am requesting, in writing, that no telephone contact be made by Collector to my home or other telephone. If Collector attempts telephone communication with me it will be considered harassment and I will have no choice but to file suit. Should any telephonic communication be made by Collector, be advised that the communication will be recorded for use as evidence.

All future communications with me must be done in writing and sent to the postal address noted in this letter.

Best Regards,

BRIAN WEESE

Cc: Federal Trade Commission, U.S. Postal Inspection Service - Mail Fraud

# Notice of Lien

BRIAN WEESE
2491 Hunting Creek Rd
Huntingtown, MD 20639

PORTFOLIO RECOVERY
120 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

Date: 04/07/2021

Notice to Agent is notice to principle. Notice to principle is notice to agent. This Notice of Lien is to recoup the exact value of the illegally collected debt in the amount of $4000.00 as of the date of this notice currently on the 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, INTEREST RATE OF 6%.
This injury and harm to the person will be offset in the exact amount illegally collected as compensatory damages. To get a Satisfaction of Lien and dismissal of current and future court actions, simply mark the credit reports of the BRIAN WEESE person as paid in full and on time. In addition, email brianweese2015@gmail.com to arrange pick up of documents. No mail will be accepted except email. No service of process will be granted.

Revelation 9:11 (KJV)
11 And they had a king over them, which is the angel of the bottomless pit, whose name in the Hebrew tongue is Abaddon, but in the Greek tongue hath his name Apollyon.

Psalm 23:4 (KJV)
4 Yea, though I walk through the valley of the shadow of death, I will fear no evil: for thou art with me; thy rod and thy staff they comfort me.

By: BRIAN WEESE

# MARYLAND NOTARY ACKNOWLEDGEMENT (INDIVIDUAL)

State of Maryland
County of Calvert (or City of Baltimore), to wit:

On this 7th day of April, 2021, before me, the undersigned officer, personally appeared Brian Weese [name of person(s) who make acknowledgement), known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purpose therein contained.

In witness whereof, I hereunto set my hand and official seal.

[Notary Seal]

GAIL L. HATFIELD
MY COMMISSION EXPIRES
NOTARY PUBLIC
FEBRUARY 14, 2022
CALVERT COUNTY, MD

Gail L Hatfield
[Signature of Notary Public]

Gail Hatfield
[Printed Name of Notary Public]
Notary Public

My Commission Expires: 2/14/2022

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PORTFOLIO RECOVERY
120 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

9590 9402 5839 0038 0349 06

2. Article Number *(Transfer from service label)*

7019 1640 0000 6937 2076

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Norfolk, VA 23502

| | |
|---|---|
| Certified Mail Fee | $3.60 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $2.85 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.75 |
| Total | $7.20 |

Postmark Here

DUNKIRK MD 20754-9998
APR 07 2021
04/07/2021

Sent To
Street
City

PORTFOLIO RECOVERY
120 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

PS Form 3800 — Instructions

7019 1640 0000 6937 2076

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | | |
|---|---|---|
| **BRIAN WEESE,**<br>**Plaintiff,**<br>**v.**<br>**PORTFOLIO RECOVERY ASSOCIATES, LLC,**<br>**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CASE NO. 8:21-cv-01684-GJH** |

## Amended Complaint

Plaintiff Brian Weese, on 04/14/2021.

PORTFOLIO RECOCERY ASSOCIATES, LLC, Defendant. On the date stated above is the Response that they mailed to Brian Weese, Plaintiff, based on the information gathered from the letter sent as:

**VIA: Certified Mail # 7019 1640 0000 6937 2076**

# EXHIBIT A





# Portfolio Recovery Associates, LLC

**Account Details**

**Date:** 04/14/2021
**Account Number:** 5178058471615966
**Seller:** CAPITAL ONE BANK (USA) N.A.
**Original Creditor:** CAPITAL ONE BANK (USA) N.A.
**Current Creditor:** PORTFOLIO RECOVERY ASSOCIATES, LLC
**Balance:** $683.88

**Contact Us**

**Online:**
www.portfoliorecovery.com



**By Phone:**
Call 1-800-772-1413



**By Mail:**
PORTFOLIO RECOVERY ASSOCIATES, LLC
120 Corporate Boulevard
Norfolk VA 23502

Dear BRIAN WEESE,

Re: Dispute Investigation

In our previous letter to you, we requested that you send our company additional information pertaining to the account referenced above so that the Disputes Department could complete the investigation of the alleged dispute.

To date, we have not received this information and cannot complete the investigation.

Since we have not received this information, we are terminating the disputes investigation pertaining to this account.

Please contact us at 1-800-772-1413 should you have any questions about this account.

Sincerely,
Disputes Department
Telephone: 1-800-772-1413

**This communication is from a debt collector. This communication is made for the limited purpose of responding to your dispute and is NOT an attempt to collect a debt.**

**Notice:** See Reverse Side for Important Information

D12

DEPT 922
PO BOX 4115
CONCORD CA 94524

**Account Number:** 5178058471615966
**Reference Number:** 14834127

CHANGE SERVICE REQUESTED

BRIAN WEESE
2491 HUNTING CREEK RD
HUNTINGTOWN MD 20639-9108

PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914
Norfolk VA 23541



DEPT 922
PO BOX 4115
CONCORD CA 94524

**Portfolio Recovery Associates, LLC**

04/14/2021

**Account Number:** 5178058471615966
**Reference Number:** 1863541
D4

CHANGE SERVICE REQUESTED

BRIAN WEESE
2491 HUNTING CREEK RD
HUNTINGTOWN MD 20639-9108

Dear BRIAN WEESE,

The following information is being provided in response to your recent communication concerning the account referenced above. Account Number 5178058471615966 and its proceeds were sold, assigned and transferred by the Seller to PRA, LLC on 01/28/2019. At the time of the sale, the Seller provided an electronic file of its business records containing information concerning the account; a summary of which can be found below. Please contact us if you would like to receive a payment history of payments that have posted to this account since our company purchased this account.

Sincerely, Disputes Department
Telephone: 1-800-772-1413

**Account Details**

**Account Number:** 5178058471615966
**Seller:** CAPITAL ONE BANK (USA) N.A.
**Original Creditor:** CAPITAL ONE BANK (USA) N.A.
**Current Creditor:** PORTFOLIO RECOVERY ASSOCIATES, LLC
**Balance:** $683.88

**Contact Us**

**Online:** www.portfoliorecovery.com



**By Phone:** Call 1-800-772-1413



**By Mail:**
PORTFOLIO RECOVERY ASSOCIATES, LLC
120 Corporate Boulevard, Norfolk VA 23502

<u>Here is a summary of additional information listed in the electronic file for this account:</u>

Account holder's Name Provided By Seller: BRIAN WEESE
Account holder's Last 4 Digits of SSN: 9008
Date Account Opened Provided by Seller: 11/03/2015

**This communication is from a debt collector but is not an attempt to collect a debt.**

**Notice:** See Reverse Side for Important Information

S7398320935